# United States District Court

## Eastern District of Wisconsin

| | |
|---|---|
| **KELLY BODOH,** | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | CASE NUMBER: 03-CV-82 |
| **DANIEL BERTRAND,** | |
| Respondent. | |

[X]  Decision by Court. This action came for consideration before the Court.

    IT IS ORDERED AND ADJUDGED
that the petition for a writ of habeas corpus is denied and judgment is hereby entered dismissing this action.

    SOFRON B. NEDILSKY
    Clerk of Court

December 12, 2005      s/ V. Kelly Barton Terry
Date      (By) Deputy Clerk

    Approved this <u>12TH</u> day of December, 2005.

    s/AARON E. GOODSTEIN
    United States Magistrate Judge